FILED

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT OF THE STATE OF FLORIDA, IN AND FOR HILLSBOROUGH COUNTY
CIVIL DIVISION

2008 MAR 14 PM 12: 48

MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

MAGDI MAHFOUZ,

Plaintiff,

vs.

CASE NO. 08 003667
DIVISION: DIVISION B

DAVOL, INC., a Subsidiary of C. R. BARD, INC., and C.R. Bard, Inc.

Defendants.
_______________________________/

## COMPLAINT

**COMES NOW,** the Plaintiff, MAGDI MAHFOUZ, by and through his undersigned attorneys, and sues the Defendants, DAVOL, INC., a Subsidiary of C. R. BARD, INC., and C.R. BARD, INC., and alleges as follows:

## COMMON ALLEGATIONS

1. This is an action for damages in excess of Fifteen Thousand Dollars ($15,000.00), exclusive of interest, costs and attorney's fees.

2. At all times relevant hereto, the Plaintiff, MAGDI MAHFOUZ, was a resident of Hillsborough County, Florida.

3. Defendants, DAVOL, INC., a Subsidiary of C. R. BARD, INC., and C.R. BARD, INC. distributed products into the stream of commerce, including Bard Composix Hernia Patches nationwide, and specifically in Hillsborough County, Florida.

4. On or about October 13, 2006, the Plaintiff, MAGDI MAHFOUZ, presented himself at Cornerstone Medical Care of Brandon for surgery.

5. The surgeon, Julio A. Enriquez, M.D. and Cornerstone Medical Care of Brandon supplied a Bard Composix Hernia Patch, in the hernia repair surgery.

6. The Bard Composix Hernia Patch given to the Plaintiff's surgeon was inappropriate and

unsafe.

7. The Bard Composix mesh patch used subsequently failed and was otherwise not fit for the purposes it was used resulting in physical damage, bodily injury, infection, and additional surgery.

8. Venue is proper in Hillsborough County, Florida.

**COUNT I**
**Davol, Inc., a wholly owned Subsidiary of**
**C. R. Bard, Inc.**

9. The Plaintiff reincorporates and realleges all of the allegations set forth above.

10. That the Bard Composix Hernia Patch was unfit for the purpose it was intended and was otherwise defectively manufactured and designed such that failed and broke under stress, leading to complications suffered by the Plaintiff.

10. That the Defendant, DAVOL, INC., distributed the Bard Composix Hernia Patch with knowledge that it would be used for hernia repair surgery and that failure of the patch would result in injury to the patient.

11. That the defective design and manufacture of the Bard Composix Hernia Patch was known or should have been known to the Defendant, DAVOL, INC., and it should have corrected said defects.

12. As the result of the negligence of DAVOL, INC., the Plaintiff has been caused to suffer bodily injury, pain and suffering, medical and nursing care and treatment, permanent injury, loss of income, loss of earnings capacity, mental anguish and the Plaintiff's damages will continue into the future.

WHEREFORE, Plaintiff, MAGDI MAHFOUZ, demands judgment, damages, and associated costs against the Defendant, DAVOL, INC., a Subsidiary of C. R. BARD, INC., and hereby requests a trial by jury.

**COUNT II**
**C. R. Bard, Inc.**

13. The Plaintiff reincorporates and realleges all of the allegations set forth above.

14. That the Bard Composix Hernia Patch was unfit for the purpose it was intended and was otherwise defectively manufactured and designed such that failed and broke under stress, leading to complications suffered by the Plaintiff.

14. That the Defendant, C.R. BARD, INC., distributed the Bard Composix Hernia Patch with knowledge that it would be used for hernia repair surgery and that failure of the patch would result in injury to the patient.

15. That the defective design and manufacture of the Bard Composix Hernia Patch was known or should have been known to the Defendant, C.R. BARD, INC., and it should have corrected said defects.

16. As the result of the negligence of C. R. BARD, INC., the Plaintiff has been caused to suffer bodily injury, pain and suffering, medical and nursing care and treatment, permanent injury, loss of income, loss of earnings capacity, mental anguish and the Plaintiff's damages will continue into the future.

WHEREFORE, Plaintiff, MAGDI MAHFOUZ, demands judgment, damages, and associated costs against the Defendant, C. R. BARD, INC., and hereby requests a trial by jury.

*THE LIMBEROPOULOS LAW FIRM, P.A.*

Chris M. Limberopoulos, Esquire
Florida Bar No. 341126
400 N. Ashley Drive, Suite 2150
Tampa, Florida 33602
(813) 875-1818; FAX: (813) 879-2368
Attorneys for Plaintiff