MDLOUT

**U.S. District Court**
**Middle District of Florida (Tampa)**
**CIVIL DOCKET FOR CASE #: 8:08-cv-00487-EAK-MSS**
**Internal Use Only**

| | |
|---|---|
| Mahfouz v. Davol, Inc. et al | Date Filed: 03/14/2008 |
| Assigned to: Judge Elizabeth A. Kovachevich | Date Terminated: 04/25/2008 |
| Referred to: Magistrate Judge Mary S. Scriven | Jury Demand: Both |
| Case in other court: State Court - 02/19/08, 08-003667 | Nature of Suit: 362 Personal Inj. Med. Malpractice |
| Cause: 28:1332 Diversity-Medical Malpractice | Jurisdiction: Diversity |

**Plaintiff**

| | | |
|---|---|---|
| Magdi Mahfouz | represented by | Chris M. Limberopoulos<br>Limberopoulos Law Firm, PA*<br>Suite 2150<br>400 N Ashley Dr<br>Tampa, FL 33602<br>813/875-1818<br>Fax: 813/879-2368<br>Email: chrislimber@prodigy.net<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| Davol, Inc.<br>*a subsidiary of C.R. Bard, Inc.* | represented by | Dana Alan Gausepohl<br>Spriggs & Hollingsworth<br>1350 I Street N.W.<br>Washington, DC 20005<br>202/898-5800<br>Fax: 202/682-1639<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>John M. Kvartek<br>Clark, Partington, Hart, Larry, Bond & Stackhouse<br>125 W Romana St - Ste 800 |

I certify the foregoing to be a true and correct copy of the original.
SHERYL L. LOESCH, Clerk
United States District Court
Middle District of Florida
By: [signature]
Deputy Clerk

PO Box 13010
Pensacola, FL 32591-3010
850/434-9200
Fax: 850/432-7340
Email: jkvartek@cphlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Kirby T. Griffis
Spriggs & Hollingsworth
1350 I Street N.W.
Washington, DC 20005
202/898-5800
Fax: 202-682-1639
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

C.R. Bard, Inc. represented by Dana Alan Gausepohl
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

John M. Kvartek
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Kirby T. Griffis
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/14/2008 | 1 | NOTICE OF REMOVAL from 13th Judicial Circuit in and for Hillsborough County, case number 08-003667 filed in State Court on 2/19/08. Filing fee $350, receipt number T045309 filed by Davol, Inc., C.R. Bard, Inc. (Attachments: #(1) Exhibit) (RFM) (Entered: 03/14/2008) |
| 03/14/2008 | 2 | COMPLAINT against Davol, Inc., C.R. Bard, Inc.; jury demand filed by Magdi Mahfouz. Filed in state court on 2/19/08. (RFM) (Entered: 03/14/2008) |
| 03/14/2008 | 3 | CERTIFICATE of interested persons and corporate disclosure statement by Davol, Inc., C.R. Bard, Inc. (RFM) (Entered: |

| | | |
|---|---|---|
| | | 03/14/2008) |
| 03/17/2008 | 4 | RELATED CASE ORDER AND NOTICE of designation under Local Rule 3.05 - track 2. Notice of pendency of other actions due by 3/28/2008. Signed by Deputy Clerk on 3/17/2008. (CLM) (Entered: 03/17/2008) |
| 03/18/2008 | | (Court only) ***COPIES mailed to Counsel: Dana Alan Gausepohl, Kirby T. Griffis; re 4 Related case order and notice of designation of track 2 (JLH) (Entered: 03/18/2008) |
| 03/21/2008 | 5 | ANSWER and affirmative defenses to 2 Complaint with Jury Demand by Davol, Inc., C.R. Bard, Inc..(Kvartek, John) (Entered: 03/21/2008) |
| 04/25/2008 | 6 | MULTIDISTRICT LITIGATION panel order transferring case to: District of Rhode Island Transferee court case number: CA 08-2446 MDL case number: 1842 (JLH) (Entered: 04/25/2008) |